IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

BOOKER T. HUFFMAN,

        Plaintiff,

v.

ACTIVISION PUBLISHING, INC.,
ACTIVISION BLIZZARD, INC., MAJOR
LEAGUE GAMING CORP., and
TREYARCH CORPORATION,

        Defendants.

Civil Action No. 2:19-cv-00050-RWS-RSP

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Activision Publishing, Inc., Activision Blizzard, Inc., Major League Gaming Corp, and Treyarch Corp., Defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the portion of this Court's January 4, 2022 order (Dkt. No. 277) denying Defendants' motion for attorneys' fees.

Dated:  February 3, 2022

Respectfully Submitted,

By:       /s/ Melissa R. Smith
MELISSA R. SMITH (TX SBN 24001351)
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone:   903-934-8450
Facsimile:   903-934-9257

ANDREW ESBENSHADE (CA SBN 202301)
aesbenshade@durietangri.com
DURIE TANGRI LLP
953 East 3rd Street
Los Angeles, CA 90013
Telephone:   213-992-4499
Facsimile:   415-236-6300

1

JESSICA E. LANIER (CA SBN 303395)
jlanier@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:     415-362-6666
Facsimile:      415-236-6300

Attorneys for Defendants
ACTIVISION PUBLISHING, INC., ACTIVISION BLIZZARD, INC., MAJOR LEAGUE GAMING CORP., and TREYARCH CORPORATION

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2022 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Melissa R. Smith*
MELISSA R. SMITH
